# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks          Date: December 16, 2009
Court Reporter: Adrienne Whitlow               Time: 2 hours and 29 minutes

---

**CASE NO.  09-cv-02675-PAB**

Parties                                        Counsel

**MELISSA DECKER, and**                        Michael Heaphy
**MICHAEL HEAPHY,**                            Pro Se and on behalf of Melissa Decker

                    Plaintiff (s),

vs.

**UNITED STATES FOREST SERVICE,**             Jamie Mendelson
**RICK CABLES,**                               Kenneth Capps
**SCOTT FITZWILLIAMS, and**
**DON DRESSLER,**

                    Defendant (s).

---

### ORAL ARGUMENT and ORAL RULING

---

**9:41 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff Melissa Decker is present.

**Plaintiffs' Motion for Preliminary Injunction (Doc #2), filed 11/16/09.**

Page Two
09-cv-02675-PAB
December 16, 2009

**9:41 a.m.**   Argument by Mr. Heaphy.  Questions by the Court.

**10:17 a.m.**   Argument by Ms. Mendelson.   Questions by the Court.

**10:50 a.m.**   **COURT IN RECESS**

**11:00 a.m.**   **COURT IN SESSION**

Court states its findings and conclusions.

**ORDERED:**   Plaintiffs' Motion for Preliminary Injunction (Doc #2), filed 11/16/09 is **GRANTED in PART and DENIED in PART.**

**ORDERED:**   The defendant United States Forest Service is enjoined from carrying out logging activities in Unit 101 north of the West Grouse Creek hiking trail or west of the junction between the West Grouse Creek hiking trail and the Grouse Lake hiking trail, unless or until it properly analyses this change of unit boundaries through supplementation of the Environmental Assessment.

**ORDERED:**   The defendant United States Forest Service is enjoined from engaging in helicopter yarding in Unit 101 unless and until it properly analyses this change through supplementation of the Environmental Assessment. In addition, any further analysis of the logging activities within Unit 101 must take into account the economics of the project.

**ORDERED:**   Preliminary injunction will enter for **60 days** from December 16, 2009.

**ORDERED:**   Parties shall file status reports either jointly or separately every 30 days from today's date to apprise the Court of any developments relevant to the injunction and to indicate whether the injunction should be renewed, and if so, explaining why.

Discussion regarding the requirement whether plaintiffs should be required to post a bond.

Defendants requests the plaintiffs be required to post a bond and requests time to brief the issue.

Page Three
09-cv-02675-PAB
December 16, 2009

**ORDERED:**   Defendants' request to brief the issue of bond is **DENIED** and plaintiffs will not be required to post a bond.

**12:20 p.m.   COURT IN RECESS**

**Total in court time:       149 minutes**

**Hearing concluded**