IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02675-PAB-CBS

MELISSA DECKER and
MICHAEL HEAPHY,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE,
RICK CABLES, in his official capacity as Regional Forester of the Rocky Mountain Region of the United States Forest Service,
SCOTT FITZWILLIAMS, in his official capacity as Supervisor for the White River National Forest, and
DON DRESSLER, in his official capacity as the acting District Ranger for the Holy Cross Ranger District,

    Defendants.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS ORDERED that Plaintiffs' Unopposed Motion to Amend Complaint *(doc no. 49)* is GRANTED. Plaintiffs' Second Amended Complaint *(doc. # 49-1)* is accepted for filing as of the date of this order.

**DATED:**    July 28, 2010